IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUHAMMAD WALIYUD-DIN a/k/a "William R. Hoskins," *Petitioner* | CIVIL ACTION |
| v. | NO. 10-5851 |
| THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, *Respondent* | |

**ORDER**

**AND NOW**, this 22nd day of October, 2020, upon consideration of the Petitioner's Motion to Amend or Alter Judgment (Doc. No. 24), it is **ORDERED** that Petitioner's Motion is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1